# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC

NO.  2020 CW 1177

**FEBRUARY 23, 2021**

---

In Re:    Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

**BEFORE:   WELCH, PENZATO, AND HESTER, JJ.**

**WRIT GRANTED.** The trial court's October 22, 2020 judgment confirming jurisdiction over tort claims between Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY USA, Inc. and Texas Brine Company, LLC is reversed, and Texas Brine Company, LLC's motion to confirm tort jurisdiction is denied. See **Pontchartrain Natural Gas System v. Texas Brine Company, LLC,** 2018-1249 (La. App. 1st Cir. 12/30/20), __ So.3d __, 2020 WL 7770465.

**JEW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT